UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07CIV38666

LOUISE GOINS

, Plaintiff(s)

- against -

MERCK & CO., INC.

, Defendant(s)

State of New York     )
                      ) SS.:
County of New York    )

AFFIDAVIT OF SERVICE

Gaison Mendez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 06/05/2007 at 2:16 PM at:
    CT CORPORATION SYSTEM
    111 EIGHTH AVENUE,
    NEW YORK NY 10011
Deponent served the:

SUMMONS & COMPLAINT

on MERCK & CO.,INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to Santie Jairaem
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
process specialist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 41  HEIGHT: 5'10''  WEIGHT: 145    HAIR: BLACK     RACE: LT BROWN SEX: FEMALE

SWORN TO BEFORE ME June 5, 2007

*Jacqueline M. Billings*
*Notary Public, State of New York*
*No. 01BI6151824*
*Qualified in Broome County*
*My Commission Expires 20 10*

Gaison Mendez     License #1152732

OUR DOC# 18281
Ciani Investigations
3455 N.E. 12th Terrace
Suite 1
Oakland Park FL 33334
954-561-0143
2007000430

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

LOUISE GOINS,   Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC.,   Defendant.

**07 CIV 3866**

*recd 5/29 2007-00 430*

TO: (Name and address of defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JACQUELYN S. HOLDEN, ESQUIRE
KRUPNICK, CAMPBELL, MALONE, BUSER,
SLAMA, HANCOCK, LIBERMAN & McKEE
700 SE Third Avenue
Fort Lauderdale, FL 33316

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marios Quintero]*

(BY) DEPUTY CLERK

MAY 1 6 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____
_____
_____

☐  Other (specify): _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                    Signature of Server

                                                            _____
                                                            Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.