## UNITED STATES DISTRICT COURT

__SOUTHERN__          DISTRICT OF          __NEW YORK__

**APPEARANCE**

Louise Goins,

    Plaintiff,                          MASTER FILE: 1:06-MD-1789-JFK

v.                                                Case No.: 1:07-cv-3866-JFK

Merck & Co., Inc.,

    Defendant.

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

---

Plaintiff, Louise Goins

---

I certify that I am admitted to practice in this court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 18 day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax